**PARKER AND CARMODY, LLP**
ATTORNEYS AT LAW
30 EAST 33RD STREET
6TH FLOOR
NEW YORK, N.Y. 10016

DANIEL S. PARKER                                         TELEPHONE: (212) 239-9777
MICHAEL CARMODY                                          FACSIMILE:  (212) 239-9175
CHRISTINA S. COOPER                                      DanielParker@aol.com

February 25, 2021

**By ECF**
Hon. Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 100007

**MEMO ENDORSED**

Re: **United States v. Brent Merchant**
19 Cr 275 (DLC)

Dear Judge Cote:

    I write requesting that the Court reappoint me *nunc pro tunc* to February 23, 2021 for purposes of consulting with Mr. Merchant, evaluating whether a compassionate release motion should be filed, engaging in legal research and filing a motion if necessary.

    Mr. Merchant has contacted me and has asked me to represent him in this capacity.

    If the foregoing meets with the Court's approval, then I respectfully request that you "So Order" this letter.  Thank you for your consideration in this matter.

    I hope you and your staff are well.

Respectfully,

*/s/ Daniel S. Parker*

Daniel S. Parker

Granted. SO ORDERED.
February 26, 2021

_____
DENISE COTE
United States District Judge